Rafik Y. Kamell, Esq.   (SBN 149436)
LAW OFFICES OF RAFIK Y. KAMELL
800 South Beach Blvd.
Suite F
La Habra, California 90631-6481
(562) 697-1000

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELSA RIVERA, an individual; CESAR HUGO NEVAREZ, an individual; ET AL, <br><br> Plaintiffs, <br><br> vs. <br><br> FORD MOTOR COMPANY, a corporation, FIRESTONE TIRE & RUBBER COMPANY, a corporation, BRIDGESTONE/FIRESTONE INC., a corporation, GOODYEAR TIRE AND RUBBER CO., a corporation, and DOES 1 TO 200, inclusive, <br><br> Defendants. | Case No.   CV 05-07122 GHK <br> [Originally filed in San Bernardino County Superior Court as Case No. BCV08387] <br><br> [THIRD PROPOSED] <br><br> ORDER GRANTING PETITION FOR ORDER APPROVING COMPROMISE OF MINOR'S CLAIMS WITH FORD MOTOR COMPANY & GOODYEAR TIRE & RUBBER CO. <br><br> [LOCAL RULE 85-5.2; CAL. CCP. §377 & CAL. RULES OF COURT, RULE 378] |

TO: ALL INTERESTED PARTIES & THEIR ATTORNEYS OF RECORD:

The Petitioner of Elsa Rivera, Guardian Ad Litem, for an Order Approving the Compromise of the Minor's Claims as against defendants FORD MOTOR COMPANY (hereinafter FORD) and GOODYEAR TIRE AND RUBBER CO. (hereinafter GOODYEAR) came on regularly for hearing on March 12, 2007. Counsel for some of the parties appeared. The Court reviewed the Petition and Proposed Order and requested that Plaintiff submit an Amended Petition within ten (10) days setting forth the appropriate sums to be distributed and the mode of distribution thereof.

The Court having reviewed the Amended Petition which was timely submitted by Plaintiff

-1-

and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1] The Petition for Compromise of Minor's claim is hereby granted as to the settlement with defendants FORD MOTOR COMPANY and GOODYEAR TIRE & RUBBER CO.;

2] Defendant FORD MOTOR COMPANY is hereby ordered to disburse the following sums to the following parties:

[a] Lump sum payment to Elsa Rivera and the Law Offices of Rafik Y. Kamell in the amount of $12,000 (to be placed in the Client Trust Account of the Law Offices of Rafik Y. Kamell and disbursed per the terms of Mr Kamell's Attorney Client Agreement);

[b] Lump sum payment to Cesar Nevarez, Sr. and the Law Offices of Rafik Y. Kamell in the amount of $500 (to be placed in the Client Trust Account of the Law Offices of Rafik Y. Kamell and disbursed per the terms of Mr Kamell's Attorney Client Agreement);

[c] Lump sum payment to Elsa Rivera, Guardian Ad Litem, and Law Offices of Rafik Y. Kamell in the amount of $2,500 which is to be deposited in the Client Trust Account of the Law Offices of Rafik Y. Kamell and disbursed as follows:

[1] The sum of $1,875 to be deposited in a blocked account at Bank of America, Norwalk Branch, Rosecrans & Pioneer, Norwalk, CA. (and to be held and/or disbursed as set forth in the attached Order to Deposit Money into Blocked Account);

[2] Lump sum payment to Law Offices of Rafik Y. Kamell in the amount of $625 as and for attorneys fees allowed by statute.

3] Defendant GOODYEAR RUBBER & TIRE CO. is hereby ordered to disburse the following sums to the following parties:

[a] Lump sum payment to Elsa Rivera and the Law Offices of Rafik Y. Kamell

in the amount of $8,000 (to be placed in the Client Trust Account of the Law Offices of Rafik Y. Kamell and disbursed per the terms of Mr Kamell's Attorney Client Agreement);

[b]  Lump sum payment to Cesar Nevarez, Sr. and the Law Offices of Rafik Y. Kamell in the amount of $500 (to be placed in the Client Trust Account of the Law Offices of Rafik Y. Kamell and disbursed per the terms of Mr Kamell's Attorney Client Agreement);

[c]  Lump sum payment to Elsa Rivera, Guardian Ad Litem, and Law Offices of Rafik Y. Kamell in the amount of $2,500 which is to be deposited in the Client Trust Account of the Law Offices of Rafik Y. Kamell and disbursed as follows:

[1]  The sum of $1,875 to be deposited in a blocked account at Bank of America, Norwalk Branch, Rosecrans & Pioneer, Norwalk, CA. (and to be held and/or disbursed as set forth in the attached Order to Deposit Money into Blocked Account);

[2]  Lump sum payment to Law Offices of Rafik Y. Kamell in the amount of $625 as and for attorneys fees allowed by statute.

DATED: April 24, 2007

HON. STEPHEN V. WILSON
JUDGE OF THE US DISTRICT COURT
CENTRAL DISTRICT OF CA.

PROOF OF SERVICE

STATE OF CALIFORNIA  }
COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within entitled action. My business address is 800 S. Beach Blvd., Suite F, La Habra, California 90631.

On the date herein below specified, I served the attached document described as set forth below on the interested party/parties in this action by causing to be deposited in the United States mail at La Habra, California a true copy of said document enclosed in a sealed envelope with postage thereon fully prepaid and addressed as follows:

Date of Service:    April 18, 2007

[THIRD PROPOSED] ORDER GRANTING PETITION OF ELSA RIVERA FOR ORDER APPROVING COMPROMISE OF MINOR'S CLAIMS WITH FORD MOTOR COMPANY & GOODYEAR TIRE & RUBBER CO. [LOCAL RULE 85-5.2; CAL. CCP. §377 & CAL. RULES OF COURT, RULE 378]

Counsel/Parties Served:

YOKA & SMITH, LLP
707 Wilshire Blvd., Ste. 5000
Los Angeles, California 90017

Robert J. Gibson
Elizabeth V. McNulty
Anne Marie Ellis
SNELL & WILMER L.L.P.
600 Anton Boulevard, Ste. 1400
Costa Mesa, CA 92626-7689

I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

Executed at La Habra, California on April 18, 2007.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Leanne Castello

F:\NETFiles\CASES & FORMS\Rivera, Elsa Nevarez, Cesar #1079\Third Proposed Order ApprovingPetition for Compromise of Minor's Claim Cesar Navarez.wpd

-4-

[THIRD PROPOSED] ORDER GRANTING PETITION FOR ORDER APPROVING COMPROMISE OF MINOR'S CLAIM [LOCAL RULE 85-5.2; CAL. CCP. §377 & & CAL. RULES OF COURT, RULE 378]

MC-355

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: <br> RAFIK Y. KAMELL, ESQ. (SBN 149 436) <br> LAW OFFICES OF RAFIK Y. KAMELL <br> 800 S. Beach Blvd. <br> Suite F <br> La Habra, CA 90631 <br> TELEPHONE NO.: (562) 697-1000   FAX NO. *(Optional):* 562-697-2889 <br> E-MAIL ADDRESS *(Optional):* <br> ATTORNEY FOR *(Name):* PLAINTIFFS, ELSA RIVERA, ET AL | FOR COURT USE ONLY |
|---|---|

~~SUPERIOR COURT OF CALIFORNIA, COUNTY OF~~ U.S. DISTRICT COURT
STREET ADDRESS: 312 N. SPRING ST.
MAILING ADDRESS: 312 N. SPRING ST.
CITY AND ZIP CODE: LOS ANGELES, CA. 90012
BRANCH NAME: CENTRAL DISTRICT OF CALIFORNIA
CASE NAME: RIVERA v. FORD

| ORDER TO DEPOSIT MONEY INTO BLOCKED ACCOUNT | CASE NUMBER: <br> CV05-07122SVW (FMOx) |
|---|---|

1. The petition of *(name):* ELSA RIVERA
   as *(specify capacity):* Guardian Ad Litem for Cesar Nevarez Jr., a minor  to deposit funds in a blocked account or
   blocked accounts came on for hearing on *(date):* March 12, 2007   at *(time):* 3:00 pm
   in Dept.: Courtroom 6

**THE COURT ORDERS**

2. Money that belongs to *(name):* CESAR NEVAREZ, JR.
   shall be deposited in an interest-bearing, federally insured blocked account or accounts.

3. Each account shall indicate the name of the minor or other person who owns the account.

4. The total amount authorized for deposit, including any accrued interest, is: $ 3,750.00   *
      *$1,875 from FORD MOTOR CO. & $1,875 from GOODYEAR
5. Withdrawals *(check a or b):*
   a. [ ]  No withdrawals of principal or interest shall be made from the blocked account or accounts without a written order under this case name and number, signed by a judge, and bearing the seal of this court. The money on deposit is not subject to escheat.

   b. [X]  The blocked account or accounts belong to a minor. The minor was born on *(date):* March 2, 1993
      No withdrawals of principal or interest shall be made from the blocked account or accounts without a written order under this case name and number, signed by a judge, and bearing the seal of this court, until the minor attains the age of 18 years. When the minor attains the age of 18 years, the depository, without further order of this Court, is authorized and directed to pay by check or draft directly to the former minor, upon proper demand, all moneys including interest deposited under this order. The money on deposit is not subject to escheat.

6. The petitioner and the petitioner's attorney, if any, shall deliver a copy of this order to each depository in which funds are deposited under this order. The depository's acknowledgment of receipt of the order and the funds shall be filed with this court within 15 days of deposit.

Date: April 24, 2007

*/s/ Stephen V. Wilson/*

JUDGE OF THE ~~SUPERIOR COURT~~ U.S. DIST. CT.
Hon. Stephen V. Wilson

Page 1 of 1

| Form Adopted for Mandatory Use <br> Judicial Council of California <br> MC-355 [Rev. January 1, 2007] | ORDER TO DEPOSIT MONEY INTO BLOCKED ACCOUNT | Legal Solutions Plus | Code of Civil Procedure, § 372. <br> Probate Code, § 3600, et seq. <br> Cal. Rules of Court, rules 3.1384, 7.953 |